*April 3, 1928.*

TANNENBAUM, by guardian *ad litem*, Respondent, vs.
BAUMANN and another, Appellants.

APPEAL from a judgment of the circuit court for Milwaukee county dated February 21, 1927: AUGUST E. BRAUN, Judge.

Assault.    Judgment for plaintiff, from which defendants appeal.

For the appellants: *Walter Schinz, Jr.,* of Milwaukee.

For the respondent: *J. Elmer Lehr* of Milwaukee.

*By the Court.*—Judgment affirmed.


OSKINS, Appellant, vs. KENOSHA CLINIC, Respondent.

APPEAL from a judgment of the circuit court for Kenosha county dated November 7, 1927: E. B. BELDEN, Judge.

Malpractice.    Judgment for the defendant, from which plaintiff appeals.

For the appellant: *Calvin Stewart,* attorney, and *W. E. Runge,* of counsel, both of Kenosha.

For the respondent: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 18, 1928.


FIRST STATE BANK OF HUMBIRD, Respondent, vs. IFFLAND, Appellant.

APPEAL from a judgment of the circuit court for Clark county dated June 17, 1926: EDGAR V. WERNER, Judge.

Action on promissory note.    Judgment for plaintiff, from which defendant appeals.

For the appellant: *Rush & Devos* of Neillsville.

For the respondent: *Linderman, Ramsdell & King* and *C. R. Sturdevant,* all of Eau Claire.

*By the Court.*—Judgment affirmed.